1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE JOHNSON, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>BIRKS PROPERTIES, LLC; ROGER BIRKS, an individual; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.:  21-cv-1380-GPC-DEB<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT** |

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1

On September 10, 2021, Defendants filed a Motion to Dismiss for Failure to State and Claim and Lack of Subject Matter Jurisdiction. ECF No. 6. On October 2, 2021, Plaintiff responded. ECF No. 8. On October 21, 2021, Plaintiff filed an Amended Complaint. ECF No. 9. As this is now the operative complaint, the Defendants' Motion to Dismiss is now moot. Accordingly, the Court DENIES the Motion to Dismiss. ECF No. 6. Relatedly, the Court VACATES the briefing schedule previously set concerning the Motion to Dismiss, including the hearing date set for November 12, 2021.

**IT IS SO ORDERED.**

Dated:  October 22, 2021

Hon. Gonzalo P. Curiel
United States District Judge

2

21-cv-1380-GPC-DEB